FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

09 MAY 11 AM 10: 48

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) 8:08CR397 |
| | ) |
| vs. | ) ORDER FOR DISMISSAL |
| | ) |
| WILBUR JACKSON, | ) |
| | ) |
| Defendant. | ) |

NOW ON THIS 11 day of May, 2009, this matter is before the Court on the United States' Motion for Dismissal (Filing No. __). The Court, being duly advised in the premises, finds said Motion should be sustained.

IT IS HEREBY ORDERED:

1.  Leave is Court is granted for the United States to dismiss, without prejudice, the Indictment filed herein as to the Defendant, Wilbur Jackson.

2.  The Indictment filed herein is hereby dismissed, without prejudice, as it pertains to the Defendant, Wilbur Jackson.

BY THE COURT:

_____
LAURIE SMITH CAMP
United States District Court Judge